Opinion approved by the Court.

**William Okla McCONNELL**

**v.**

**STATE.**

**No. 27102.**

Court of Criminal Appeals of Texas.

Oct. 13, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of fifty dollars.

Since perfecting his appeal the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.

**Josiah BROOKS**

**v.**

**STATE.**

**No. 27285.**

Court of Criminal Appeals of Texas.

Oct. 13, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for misdemeanor theft; the penalty assessed is a fine of $100.00.

Since perfecting his appeal the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.